1
2
3
4
5
6               **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE DISTRICT OF ARIZONA**

8

9    Dawn French,                          No. CV-14-00082-PHX-DJH

10                  Plaintiff,             **ORDER OF DISMISSAL WITH**
                                           **PREJUDICE**
11   v.

12   Capital One Auto Finance Incorporated,

13                  Defendant.

14          Pursuant to the parties' Stipulation (Doc. 26), **IT IS HEREBY ORDERED** that

15   this case is dismissed with prejudice and with each party to bear its own attorneys' fees

16   and costs.

17

18          Dated this 13th day of August, 2014.

19

20

21          _____
                        Diane J. Humetewa
22                  United States District Judge

23
24
25
26
27
28